FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

JAN - 8 2025

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:25-00008 |
| v. | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| DIONTAE MARQUIS THOMPSON | ) | 18 U.S.C. § 924 |

# INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

On or about April 23, 2024, in the Middle District of Tennessee, the defendant, **DIONTAE MARQUIS THOMPSON**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, to wit: a Glock [GMBH], Model: 19X, Caliber: 9x19mm pistol, and ammunition, to wit: six 9mm caliber cartridge cases bearing head stamp markings "FC 9MM LUGER," seven 9mm caliber cartridge cases bearing head stamp markings "*X-TREME* 9mm LUGER," six 9mm caliber cartridge cases bearing head stamp markings "G.F.L. 9mm LUGER," and three 9mm caliber cartridge cases bearing head stamp markings "WIN 9MM LUGER"

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

Case 3:25-cr-00008   Document 1   Filed 01/08/25   Page 1 of 2 PageID #: 1

## FORFEITURE ALLEGATION

1. The allegations contained in this Indictment are re-alleged and incorporated by reference as if fully set forth in support of this forfeiture.

2. Upon conviction of Count One in this Indictment, **DIONTAE MARQUIS THOMPSON** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c): any firearm or ammunition involved in a knowing violation of the offense, or intended to be used in the offense, including a Glock [GMBH], Model: 19X, Caliber: 9x19mm pistol; six 9mm caliber cartridge cases bearing head stamp markings "FC 9MM LUGER"; seven 9mm caliber cartridge cases bearing head stamp markings "*X-TREME* 9mm LUGER"; six 9mm caliber cartridge cases bearing head stamp markings "G.F.L. 9mm LUGER"; and three 9mm caliber cartridge cases bearing head stamp markings "WIN 9MM LUGER."

A TRUE BILL

_____
FOREPERSON

ROBERT E. McGUIRE
ACTING UNITED STATES ATTORNEY

_____
ZACHARY T. HINKLE
ASSISTANT UNITED STATES ATTORNEY